UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
KATHERINA BURKE,

              Plaintiff,

        -against-

TRANSWORLD SYSTEMS, INC.; MIDLAND
CREDIT MANAGEMENT, INC.,

             Defendants.
-------------------------------------------------------------x

**ORDER**
26-CV-3733 (EK) (CHK)

CLAY H. KAMINSKY, United States Magistrate Judge:

Plaintiff Katherina Burke brings this action alleging violations of the Fair Debt Collection Practices Act ("FDCPA"). ECF No. 1. Plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915 is granted. ECF No. 2.

The Clerk of Court is directed to issue a summons against the Defendants, and the United States Marshals Service is directed to serve the summons, Complaint, and this Order upon the Defendants, without prepayment of fees. The Clerk of Court is further directed to send a copy of this Order to Plaintiff, noting the mailing on the docket.

For information regarding court procedures, Plaintiff may contact the Pro Se Office at the United States Courthouse by calling (718) 613-2665. Plaintiff may also contact the Federal Pro Se Legal Assistance Project (212) 382-4729 or https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project) of the City Bar Justice Center for free, confidential, limited-scope legal assistance.

        SO ORDERED.

                   /s/ Clay H. Kaminsky
                   CLAY H. KAMINSKY
                   United States Magistrate Judge

Dated: July 7, 2026
       Brooklyn, New York